[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 16.]

THE STATE OF OHIO, APPELLANT, *v.* KIRKMAN, APPELLEE.

[Cite as *State v. Kirkman*, 1998-Ohio-695.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed and trial court's finding that defendant is a sexual predator reinstated on authority of State v. Cook.*

(No. 98-687—Submitted October 13, 1998—Decided November 25, 1998.)

CERTIFIED by the Court of Appeals for Marion County, No. 9-97-69.

_____

*Jim Slagle*, Marion County Prosecuting Attorney, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the trial court's finding that Donald Kirkman is a sexual predator is reinstated on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____